## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 16-03031 | 3G7 | Judge: PAUL M. GLENN |
|---|---|---|---|
| Case Name: | LEDBETTER, TIMOTHY DARRELL | | |
| | LEDBETTER, REBECCA ROBINSON | | |
| For Period Ending: | 03/31/17 | | |

| Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 08/09/16 (f) |
| 341(a) Meeting Date: | 09/15/16 |
| Claims Bar Date: | 01/05/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 764 PORTO CRISTO AVENUESAINT AUGUSTINE FL 32092-00 | 182,450.00 | 0.00 | | 0.00 | FA |
| 2. NC REAL PROPERTY (2-27-17 N - D #41) | 0.00 | 900.00 | | 360.00 | 540.00 |
| 3. 2014 CHRYSLER TOWN AND COUNTRY (LOCATION: 764 PORT | 17,500.00 | 0.00 | | 0.00 | FA |
| 4. 1999 SUBARU FORESTER MILEAGE: 283,000 | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. 3 BEDSETS, DINING SET, LIVING ROOM SET, DESK, PATI | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. COMPUTER, DVD PLAYER, 4 TVS | 500.00 | 0.00 | | 0.00 | FA |
| 7. GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 8. AR 15 RIFLE, .40 PISTOL | 600.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 10. WATCH, WEDDING BANDS/RING, EARRINGS AND SMALL COST | 450.00 | 0.00 | | 0.00 | FA |
| 11. FIRST TECH FCU | 5.00 | 0.00 | | 0.00 | FA |
| 12. USAA | 100.00 | 0.00 | | 0.00 | FA |
| 13. USAA | 30.00 | 0.00 | | 0.00 | FA |
| 14. NAVY FED CU | 100.00 | 0.00 | | 0.00 | FA |
| 15. NAVY FED CU | 5.00 | 0.00 | | 0.00 | FA |
| 16. CHAMPION CU | 5.00 | 0.00 | | 0.00 | FA |
| 17. CHAMPION CU | 5.00 | 0.00 | | 0.00 | FA |
| 18. MILITARY PENSION - MONTHLY ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 19. FLORIDA PRE PAID FUND (2-27-17 N - D #41) 3 | 8,500.00 | 900.00 | | 90.00 | 810.00 |
| 20. TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 21. TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 22. VA DISABILITY CLAIM PENDING | 0.00 | 0.00 | | 0.00 | FA |
| 23. PREFERENCE (2-27-17 N - D #41) 2 (u) | Unknown | 1,800.00 | | 150.00 | 1,650.00 |

Gross Value of Remaining Assets

LFORM1

Ver: 19.07a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 16-03031   3G7   Judge: PAUL M. GLENN | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | LEDBETTER, TIMOTHY DARRELL | Date Filed (f) or Converted (c): | 08/09/16 (f) |
|  | LEDBETTER, REBECCA ROBINSON | 341(a) Meeting Date: | 09/15/16 |
|  |  | Claims Bar Date: | 01/05/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $213,150.00 | $3,600.00 |  | $600.00 | $3,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/03/16 - APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE (docket #11)
10/03/16 - ORDER EMPLOYING EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE (docket #14) (POS 17).
10/03/16 - APPLICATION TO EMPLOY PETER MOCKE AS APPRAISER FOR THE ESTATE (docket #12).
10/03/16 - ORDER EMPLOYING PETER MOCKE AS APPRAISER FOR THE ESTATE (docket #13) (POS 18).
10/03/16 - EMAIL TO APRAISER.
10/11/16 - OBJECTION TO EXEMPTIONS FILED BY EUGENE JOHNSON (docket #21).
10/12/16 - NOTICE OF RULE 2004 SCHEDULED FOR 11/8/16 @ 10:00 A.M. FILED BY EUGENE JOHNSON (docket #22).
11/08/16 - RECEIPT OF EUGENE JOHNSON'S EMAIL TO APPRAISER ADVISING SETTLEMENT AND CANCELING REQUEST FOR APPRAISAL.
01/25/17 - CLAIMS EXAMINED, NO OBJECTIONS.
01/25/17 - EMAIL TO EUGENE JOHNSON REQUESTING STATUS OF SETTLEMENT.
01/26/17 - RECEIPT OF EUGENE JOHNSON'S EMAIL ADVISING SETTLEMENT OF $3,600
02/27/17 - MOTION TO APPROVE COMPROMISE ($3,600 @ $300 MO BEG 1/1/17) FILED BY EUGENE JOHNSON (DOCKET #410.
03/27/17 - ORDER APPROVING EUGENE JOHNSON'S COMPROMISE (DOCKET #42).

Initial Projected Date of Final Report (TFR): 12/01/17    Current Projected Date of Final Report (TFR): 12/01/17

LFORM1

Ver: 19.07a

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-03031 -3G7 | Trustee Name: | GORDON P. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | LEDBETTER, TIMOTHY DARRELL | Bank Name: | UNION BANK |
| | LEDBETTER, REBECCA ROBINSON | Account Number / CD #: | *******2822  Checking - Non Interest |
| Taxpayer ID No: | *******1583 | | |
| For Period Ending: | 03/31/17 | Blanket Bond (per case limit): | $ 37,079,582.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/17 | | TIMOTHY DARRELL LEDBETTER | PER NOTICE | | 300.00 | | 300.00 |
| | | 764 PORTO CRISTO AVENUE | | | | | |
| | | SAINT AUGUSTINE, FL  32092 | | | | | |
| | 2 | | Memo Amount:     300.00 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| 03/24/17 | | TIMOTHY DARRELL LEDBETTER | PER 2/27/17 NOTICE - DOCKET 41 | | 300.00 | | 600.00 |
| | | 764 PORTO CRISTO AVENUE | | | | | |
| | | SAINT AUGUSTINE, FL  32092 | | | | | |
| | 2 | | Memo Amount:      60.00 | 1110-000 | | | |
| | | | SALE OF REAL PROPERTY | | | | |
| | 19 | | Memo Amount:      90.00 | 1129-000 | | | |
| | | | PAYMENT ON ACCOUNT | | | | |
| | 23 | | Memo Amount:     150.00 | 1241-000 | | | |
| | | | PREFERENCE PAYMENT | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 600.00 | COLUMN TOTALS | 600.00 | 0.00 | 600.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 600.00 | 0.00 | |
| Memo Allocation Net: | 600.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 600.00 | 0.00 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 600.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking - Non Interest - ********2822 | 600.00 | 0.00 | 600.00 |
| Total Memo Allocation Net: | 600.00 | | 600.00 | 0.00 | 600.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    600.00    0.00

Ver: 19.07a

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 16-03031 -3G7 |
| Case Name: | LEDBETTER, TIMOTHY DARRELL |
| | LEDBETTER, REBECCA ROBINSON |
| Taxpayer ID No: | *******1583 |
| For Period Ending: | 03/31/17 |

| | |
|---|---|
| Trustee Name: | GORDON P. JONES, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2822  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 37,079,582.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - Non Interest - ********2822

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 19.07a

LFORM24